NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER E. WILLIAMS, DOC#119088, )
)
        Appellant, )
)
v. )   Case No.   2D18-2714
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Pinellas County; Joseph A. Bulone,
Judge.

Walter E. Williams, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.